1  Mohammad A. Khan
   2201 L St NW, Apt# 302
2  Washington, DC 20037
   Telephone: 703-869-9276
3
   Email: ARIFIANO@gmail.com
4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF COLUMBIA

10

11  Mohammad A. Khan                              )    Case No.
    2201 Lst NW #302                              )
12  Washington, DC 20037 Plaintiff,               )
                                                  )
13  vs.                                           )
                                                  )
14  *Michael Chertoff,* Secretary of the Department  )  **PETITION FOR HEARING ON**
    of Homeland Security;                         )    **NATURALIZATION APPLICATION**
15  *Emilio Gonzalez,* Director of U.S. Citizenship  )  **UNDER 8 U.S.C. § 1447(b)**
    and Immigration Services;                     )
16  *Phyllis Howard,* District Director,          )
    U.S. Citizenship and Immigration Services;
17  *Robert S. Mueller,*                               CASE NUMBER   1:06CV01776
    Director of the Federal Bureau of Investigatio
18                                                      JUDGE: Gladys Kessler

19                         Defendants.                  DECK TYPE: Pro se General Civil

                                                        DATE STAMP: 10/17/2006
20

21       COME NOW MOHAMMAD A. KHAN, Plaintiff, by and through Pro Se, and for cause of

22  action would show unto the Court the following:

23  I.   This action is brought for a hearing to decide Plaintiff's naturalization application due to

24       Defendants' failure to adjudicate the application within 120-days after the first

FILED
OCT 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1    examination in violation of the Immigration and Naturalization Act ("INA") § 336(b) and

2    8 U.S.C. § 1447(b).

### PARTIES

4    2.    Plaintiff Mohammad A. Khan is a lawful permanent resident of the United States.

5    Plaintiff applied for naturalization to the United States and was interviewed for his

6    naturalization application on June 05, 2006. Defendants have failed to make a decision

7    on the application within 120-days after the examination.

8    3.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

9    (DHS), and this action is brought against him in his official capacity. He is generally

10    charged with enforcement of the Immigration and Nationality Act (INA), and is further

11    authorized to delegate such powers and authority to subordinate employees of the DHS.

12    8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

13    4.    Defendant Emilio Gonzalez is the Director of the United States Citizenship and

14    Immigration Services (USCIS), an agency within the DHS to whom the Secretary's

15    authority has in part been delegated and is subject to the Secretary supervision.

16    Defendant Director is generally charged with the overall administration of benefits and

17    immigration services. 8 C.F.R. § 100.2(a).

18    5.    Defendant Phyllis Howard, Washington DC , is an official of the USCIS

19    generally charged with supervisory authority over all operations of the USCIS within her

20    District with certain specific exceptions not relevant here. 8 C.F.R. § 100.2.(d)(2)(ii). As

21    will be shown, Defendant Director is the official with whom Plaintiff's naturalization

22    application remains pending.

23    6.    Defendant Robert Mueller, is Director of the Federal Bureau of Investigations (FBI), the

24    law enforcement agency that conducts security clearances for other U.S. government

1    agencies, such as the Department of State. As will be shown, Defendant has failed to

2    complete the security clearances on Plaintiff's cases.

3                                **JURISDICTION**

4    7.    Jurisdiction in this case is proper under the INA § 336(b) and § 8 U.S.C. § 1447(b).

5          Relief is requested pursuant to said statues.

6                                   **VENUE**

7    8.    Venue is proper in this court, pursuant to 8 U.S.C. § 1447(b), in that Plaintiff may

8          request a hearing on the matter in the District where Plaintiff resides.

9                              **CAUSE OF ACTION**

10   9.    Plaintiff is a lawful permanent resident (A# 078 155 758) of the United States.

11         Plaintiff filed a N-400, Application for Naturalization (Receipt# esc*001435401)

12         with the U.S. Citizenship and Immigration Services at Vermont Service Center .

13         Plaintiff was interviewed by USCIS's New York City district Garden City office on

14         June 05, 2005. (Exhibit 1)

15   10.   Based on the Citizenship interview with the Washington DC District office,

16         Plaintiff was informed that his application for Naturalization is delayed and still pending for

17         completion of all necessary background checks. (Exhibit 2)

18   11.   Plaintiff's Application for Naturalization has now remained unadjudicated for more than

19         130 days from the date of interview.

20   12.   Defendants have sufficient information to determine Plaintiff's eligibility pursuant to

21         applicable requirements.

22   13.   Defendants, in violation of 8 U.S.C. § 1446, have failed to make a determination on

23         Plaintiff's naturalization application within 120-days period after the date of examination.

24

**PRAYER**

14.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully

prays that the Defendants be cited to appear herein and that, upon due consideration,

the Court enter an order adjudicating the naturalization application. In the alternative,

the Court may remand requiring Defendants to immediately adjudicate Plaintiff's

naturalization application.


**Dated: October 13, 2006.**                    Respectfully submitted,


_____

**Mohammad A. Khan**

**2201 L St NW, Apt# 302**

**Washington, DC 20037**

**Telephone: 703-869-9276**

**Email: ARIFIANO@gmail.com**

**LIST OF EXHIBITS**

*Exhibit*                          *Description*

1.                          Copy of N400 Application receipt.
2.                          Copy of Letter from USCIS Ombudsmen's office showing background
                            investigation still pending for Citizenship Application

Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797C, Notice of Action**

---

THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>June 10, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 078 155 758 |
| APPLICATION NUMBER<br>ESC*001435401 | RECEIVED DATE<br>June 02, 2005 | PRIORITY DATE<br>June 02, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MOHAMMAD ARIF KHAN
3003 VAN NESS ST NW APT W409
WASHINGTON DC  20008

PAYMENT INFORMATION:

Single Application Fee:        $390.00
Total Amount Received:      $390.00
Total Balance Due:              $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:              March 03, 1974
Address Where You Live:  3003 VAN NESS ST NW APT W409
                            WASHINGTON DC 20008

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within  90 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

ESC$001410431



Form I-797C (Rev. 08/31/04) N

U.S. Department of Homeland Security
Washington, DC 20528



**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

Mr. Mohammed A. Khan                                    MAY - 5 2006
3003 Van Ness Street, NW #W409
Washington, DC  20008

Dear Mr. Khan:

Thank you for your letter dated February 20, 2006, to U.S. Citizenship and Immigration Services
(USCIS), Ombudsman Office. Your letter concerning your Application for Naturalization was
assigned USCIS case #456320 and forwarded to the Customer Assistance Office for a response.

We understand your frustration over the extended pendency of your naturalization application.
According to our records, your background investigation is still ongoing.  Therefore, until your
background investigation is complete, we are unable to render a final decision on your case

In order to duly fulfill its mission of providing immigration benefits and services to the public,
USCIS must balance its obligations to the individual applicant with its obligations to the public
as a whole.  While we strive to process applications and petitions timely and fairly, we must also
ensure that our policies and procedures will safeguard the public. Consequently, we have
adopted background security check procedures that address a wide range of possible risk factors,
requiring various levels of scrutiny based on the type of application or petition under
consideration.

Given the number of applications and petitions submitted and the significance of the related
immigration benefit(s), it is inevitable that some applications and petitions will require more
attention than others.  Although USCIS does not share with applicants or their representatives
information regarding the status or the specific nature of any background investigation, we are
committed to identifying an appropriate resolution for each individual case

We trust that this information is helpful.  If you require additional assistance or information,
however, we invite you to contact the USCIS National Customer Service Center at 1-800-375-
5283 or visit our website at www.uscis.gov.

Sincerely,

Robert A. Fenwick, Supervisor
Government & Community Liaison Team
Customer Assistance Office
U.S. Citizenship and Immigration Services

www.uscis.gov

*96 1776*
*F*
*GK*

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS Michael Chertoft, Emilio Gonzales, Robart Muelle, Phyllis Howard, Alberto Gonzales, Jeffrey TAylor 11001 |
|---|---|
| Mohammed A. Khan    11001 DC | |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ____DC____ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___11001___ (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | CASE NUMBER   1:06CV01776 |
| | JUDGE: Gladys Kessler |
| | DECK TYPE: Pro se General Civil |
| | DATE STAMP: 10/17/2006 |

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ I U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☑ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENS...
FOR PLAINTIFF...

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☐ B. Personal Injury/ Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ☐ E. General Civil (Other) | OR ☑ F. Pro Se General Civil |
|---|---|

| | | | |
|---|---|---|---|
| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Petition for Hearing on Naturalization Application under 8 USC § 1447(b)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE Oct 17, 2006  SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd