UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMAD A. KHAN ) <br> 2201 L Street, NW., #302 ) <br> Washington, D.C. 20037 ) <br>                            ) <br>         Plaintiffs, ) <br>    v.                  ) <br>                            ) <br> MICHAEL CHERTOFF, et al. ) <br> Secretary ) <br> U.S. Department of Homeland Security ) <br> 20 Massachusetts Ave., N.W., Ste. 4025 ) <br> Washington, D.C. 20529 ) <br>         Defendants. ) <br>                            ) | Case No: 06-1776 (GK) <br> ECF |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,

      /S/
_____
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Praecipe has been served on this 14th day of November, 2006 to Pro Se Plaintiff, **Mohammad A. Khan,** addressed as follows:

Mohammad A. Khan
2201 L Street, NW, Apt. #302
Washington, D.C.  20037

                                                              /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153