UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMAD A. KHAN                )
                                )
            Plaintiff,           )
    v.                           )   Case No: 06-1776 (GK)
                                )
MICHAEL CHERTOFF, Secretary      )
U.S. Department of Homeland Security, )
et. al                           )
                                )
            Defendant.           )
                                )

## STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(a)(1), the parties, Plaintiff Mohammad A. Khan and Defendants, Michael Chertoff, Secretary of the U.S. Department of Homeland Security ("DHS"), et al, through their respective counsel, hereby voluntarily dismiss the above captioned case, each side to bear its own costs and fees.

IN WITNESS WHEREOF, the parties hereto, intending to be bound, have stipulated and agreed to the foregoing. Executed this 20th day of December, 2006.

_____/s/_____            _____/s/ _____/s/
MOHAMMAD A. KHAN                   JEFFREY A. TAYLOR, D.C. BAR # 498610
Pro Se Plaintiff                   United States Attorney

Counsel for Plaintiff              _____
                                   RUDOLPH CONTRERAS, D.C. BAR # 434122
                                   Assistant United States Attorney.

                                   _____/s/_____
                                   ANDREA McBARNETTE, D.C. Bar # 483789
                                   Assistant United States Attorney
                                   555 Fourth Street, N.W.
                                   Washington, D.C. 20530

                                   Counsel for Defendants